CAUSE # 1:25-cv-01683 VSB

| | | |
|---|---|---|
| **DANIEL DE OLIVEIRA, MD** | § § § | |
| **PLAINTIFF** | § § | UNITED STATES DISTRICT |
| **V.** | § § | COURT |
| **TENET HEALTHCARE ETT ALL** | § § § | SOUTHERN DISTRICT OF |
| | § § | NEW YORK |
| **DEFENDANTS** | § § § | |

**MOTION TO RESTORE PACER ACCESS**

Saturday, March 22, 2025

To the Honorable Court:

I respectfully request that the Court order the restoration of my PACER access in this case. At present, I am unable to view court filings or docket entries.

As a **pro se litigant**, I rely on PACER to access court documents. Without that access, I cannot review filings or respond to matters that may require my attention.

Respectfully submitted,

**Daniel De Oliveira, MD**
**Pro Se**
374 East Meadow Av., Apt C
East Meadow, NY 11554
Cell: (979) 373-4933
Fax: (906) 366-8234
Email: danieldeoliveira@me.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document

**MOTION TO RESTORE PACER ACCESS**

Is served and available to all parties and counsel of record via the CM/ECF system when uploaded to the CM/ECF system by the SDNY Clerk.

**Daniel De Oliveira, MD**
**Pro Se**
374 East Meadow Av., Apt C
East Meadow, NY 11554
Cell: (979) 373-4933
Fax: (906) 366-8234
Email: danieldeoliveira@me.com

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: March 27, 2025

This Court is not involved with PACER access. For assistance, pro se Plaintiff is directed to contact the Court's Attorney Services department at 212-805-0800, extension 2.