UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DANIEL DE OLIVEIRA, MD,                                          :
                                                                :        Case No. 25-cv-01683-VSB-GS
                                       Plaintiff,               :
                                                                :
                    -against-                                   :
                                                                :
TENET HEALTHCARE et al.,                                        :
                                                                :
                                       Defendants.             :
                                                                :
------------------------------------------------------------------X

DANIEL DE OLIVEIRA, MD,                                          :
                                                                :        Case No. 25-cv-01868-VSB-GS
                                       Plaintiff,               :
                                                                :
                    -against-                                   :
                                                                :
JAMS,                                                           :
                                                                :
                                       Defendant.              :
                                                                :
------------------------------------------------------------------X

## DECLARATION OF HOWARD I. ELMAN IN SUPPORT
## OF DEFENDANT JAMS, INC.'S MOTION FOR SANCTIONS

I, Howard I. Elman, declare as follows:

1.      I am an attorney and counselor at law admitted to practice in the courts of the

State of New York and in this Court.

2.      I am a member of Elman Freiberg PLLC, attorneys in this action for defendant

JAMS, Inc. ("JAMS"), incorrectly sued herein as JAMS, and defendant Hon. Michael

Massengale. I make this declaration in support of JAMS's motion for sanctions pursuant to Fed.

R. Civ. P. 11(b) and the Court's inherent authority against plaintiff Daniel De Oliveira, MD

("Plaintiff").

3.      Annexed to this declaration as Exhibit A is a true and correct copy of JAMS's

May 9, 2025 Rule 11 letter to Plaintiff attaching a draft notice of motion for sanctions.

4.      Annexed to this declaration as Exhibit B is a true and correct copy of Plaintiff's

May 30, 2025 email to me, without its attachment.

5.      Annexed to this declaration as Exhibit C is a true and correct copy of Plaintiff's

June 2, 2025 email to me, without its attachment.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2025
       New York, New York


                                                    /s/ *Howard I. Elman*
                                                    Howard I. Elman