# EXHIBIT B

| | |
|---|---|
| **From:** | Daniel De Oliveira |
| **To:** | Howard Elman |
| **Cc:** | Mioko Tajika |
| **Subject:** | Re: Request to Confer re: ECF Doc. 252 and Scope of Representation + Courtesy Copy of Rule 55(a) Filing – Procedural Inquiry |
| **Date:** | Friday, May 30, 2025 1:08:38 PM |
| **Attachments:** | DOC 255 - NOTICE OF JUDICIAL INELIGIBILITY TO RULE ON POST-DEFAULT MOTIONS PENDING RESOLUTION OF RULE 55(a) PROCEDURAL DEFAULTS.pdf |

Dear Mr. Elman,

I am currently advancing a line of constitutional litigation involving the ministerial application of Rule 55(a). I have attached for your reference a recent procedural notice I filed in SDNY under docket no. 1:25-cv-01683-VSB.

As someone deeply interested in the structural evolution of American jurisprudence, I anticipate some of these issues will contribute to future academic discussion. Should you or your firm wish to provide commentary on the Rule 55(a) theory outlined, I would of course welcome that engagement from an academic standpoint.

With professional regard,

**Daniel De Oliveira, MD**
Pro Se Plaintiff

---

[**CAUTION!!**:This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

---

> On May 30, 2025, at 9:40 AM, Howard Elman <HElman@ef-law.com> wrote:
>
> Dr. De Oliveira - thank you for your kind note. There is no need for us to confer. Our letter speaks for itself. You have been warned multiple times by the court - and us - about your vexatious, frivolous and harassing filings. We will act accordingly.
>
> Good day.
>
> Sent from my iPhone
>
> Elman Freiberg PLLC
> 950 Third Avenue, Suite 1600
> New York, New York 10022

Main: 646.780.8100
Direct: 646.780.8101
helman@ef-law.com

> On May 30, 2025, at 9:33 AM, Daniel De Oliveira <danieldeoliveira@me.com> wrote:

Dear Mr. Elman,

I am writing to confer with you regarding your May 29, 2025 letter motion (ECF Doc. 252) in Case No. 1:25-cv-01683-VSB.

Your filing appears to assert arguments not only on behalf of JAMS, Inc.—which is presently in procedural default under Rule 55(a)—but also on behalf of multiple individuals and entities who have not entered appearances or filed Rule 11-compliant certifications in this action. These include, but are not limited to, Kimberly Taylor, Sheri Eisner, Michael Massengale, Pete McDonald, Anthony Kaim, Gibbs & Bruns LLP, and Drew Harris.

In addition, your position regarding the First Amended Complaint appears to disregard the automatic nature of Rule 15(a)(1)(B), which allows amendment as of right within 21 days of a Rule 12 motion. Judicial discretion is not implicated, nor is leave required when the timing is proper.

Given the default status of your client and the procedural posture of this case, any continued effort to challenge filings outside the bounds of the rules—particularly on behalf of non-appearing parties—raises not only due process issues but also potential concerns of obstruction under federal standards.

At this point, I believe it is appropriate to confer before drawing further conclusions. That said, I must candidly note that if this pattern of conduct continues or expands, it may require formal review within the framework of my ongoing RICO proceedings, in which legal actors contributing to fraudulent judicial outcomes are being evaluated.

Please confirm the scope of your representation and clarify the legal basis for your letter motion. I trust this communication will be taken constructively and with full awareness of the procedural sensitivities now in play.

Sincerely,
Daniel De Oliveira, MD
Pro Se Plaintiff

danieldeoliveira@me.com
(979) 373-4933

Disclaimer: This electronic message may contain information that is Proprietary, Confidential, or legally privileged or protected. It is intended only for the use of the individual(s) and entity named in the message. If you are not an intended recipient of this message, please notify the sender immediately and delete the material from your computer. Do not deliver, distribute or copy this message and do not disclose its contents or take any action in reliance on the information it contains.

[CAUTION!!:This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]