Civil Action No.    1:25-CV-01692-VSB-GS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Marcus Mataga**
was recieved by me on **5/17/2025:**

[X]  I personally served the summons on the individual at **400 Austin Ave, See directory, Waco, TX 76701** on **06/02/2025 at 10:17 AM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 87.25** for services, for a total of **$ 87.25**.

I declare under penalty of perjury that this information is true.

Date:  06/02/2025

*Server's signature*

**Melinda Choate**
*Printed name and title*

**167 CONCORN WAY**
**WACO, TX 76705**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; RELATED CASE STATEMENT,  to Marcus Mataga with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: **0171865593**