UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>TENET HEALTHCARE, JAMS, TEXAS JUDICIARY, CHIEF JUSTICE NATHAN HECHT and ATTORNEY GENERAL KEN PAXTON,<br><br>      Defendants. | No. 1:25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>VALLEY BAPTIST REALTY COMPANY, LLC and TENET HEALTHCARE,<br><br>      Defendants. | No. 1:25-cv-01753-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE,<br><br>      Defendants. | No. 1:25-cv-01754-VSB-GS<br><br>**NOTICE OF CONSOLIDATED MOTION TO DISMISS** |

    **PLEASE TAKE NOTICE**, that, upon the annexed Declaration of Leslie C. Thorne, Esq. dated June 30, 2025 and the exhibits annexed thereto, the Declaration of Sharilee Smith dated June 27, 2025, the Declaration of Michael Cline dated June 27, 2025, the Declaration of Michael Cline

dated June 27, 2025, and the Memorandum of Law dated June 30, 2025, and upon all prior pleadings and proceedings had herein, the Defendants TENET HEALTHCARE CORPORATION (s/h/a TENET HEALTHCARE), VALLEY BAPTIST REALTY COMPANY, LLC, and VHS HARLINGEN HOSPITAL COMPANY, LLC (s/h/a VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE) (together, the "Valley Baptist Defendants") will move this Court at the Courthouse located at 40 Foley Square, Courtroom 518, New York, New York 10007, at a date and time determined by the Court, before the Honorable Vernon S. Broderick, United States District Judge, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (3), (5), and (6), dismissing the Complaint in Civil Action No. 25-cv-01683, the Complaint in Civil Action No. 1:25-cv-01753, and the Complaint in Civil Action No. 1:25-cv-01754, in their entirety, with prejudice, as against the Valley Baptist Defendants, and awarding such other relief as the Court deems just and proper.

Dated: June 30, 2025
New York, New York

Respectfully submitted,

HAYNES AND BOONE, LLP

By: */s/ Leslie C. Thorne*
Leslie C. Thorne
Amanda Laurel Gayer
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Tel: (212) 659- 7300
Fax: (212) 918-8989
Leslie.thorne@haynesboone.com
Amanda.gayer@haynesboone.com

*Attorneys for Defendants Tenet Healthcare Corp. (s/h/a Tenet Healthcare), Valley Baptist Realty Company, LLC and VHS Harlingen Hospital Company, LLC (s/h/a VHS Harlingen Hospital Company, LLC D.B.A. Valley Baptist Medical Center-Harlingen – Tenet Healthcare)*

To: All parties of record via ECF