**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>TENET HEALTHCARE, JAMS, TEXAS JUDICIARY, CHIEF JUSTICE NATHAN HECHT and ATTORNEY GENERAL KEN PAXTON,<br><br>Defendants. | No. 1:25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>VALLEY BAPTIST REALTY COMPANY, LLC and TENET HEALTHCARE,<br><br>Defendants. | No. 1:25-cv-01753-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE,<br><br>Defendants. | No. 1:25-cv-01754-VSB-GS<br><br>**DECLARATION OF LESLIE C. THORNE** |

**STATE OF NEW YORK      )**
                                        **): ss**
**COUNTY OF NEW YORK  )**

1

Leslie C. Thorne, being duly sworn, deposes and says as follows:

1. I am an attorney with the law firm of Haynes and Boone, LLP, attorneys for the Defendants Tenet Healthcare Corp. ("Tenet"), Valley Baptist Realty Company, LLC ("VBRC") and VHS Harlingen Hospital Company, LLC ("VHS," and together with Tenet and VBRC, "Valley Baptist Defendants"). I make this Declaration based upon my review of the file and records maintained by my office in connection with this matter.

2. I submit this Declaration in support of the Valley Baptist Defendants' motion to dismiss the Plaintiff's Complaints in the above-captioned actions.

3. Attached hereto as Exhibit A is a true and correct copy of Defendant JAMS, Inc.'s Memorandum of Law in Support of its Motion to Dismiss the Complaint (Doc. No. 159).

4. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed by Plaintiff in *Oliveira v. Tenet Healthcare et al.*, Case No. 1:25-CV-00572 (D.D.C., filed Feb. 18, 2025).

5. A non-exhaustive list of lawsuits, petitions and appeals filed by Plaintiff is as follows:

- *Daniel Oliveira, MD v. Jams, Inc.*, Case No. D-1-GB-24-005603 (Dist. Ct. Travis Cty., Tex., filed Aug. 30, 2024).
    - Appealed to *Daniel De Oliveira, MD v. JAMS, Inc.*, Case No. 03-24-00759-CV (Tex. App. Austin, filed Nov. 20, 2024).

- *Daniel De Oliveira, MD v. Valley Baptist Realty Co., LLC*, Case No. DC-24-15092 (Dist. Ct. Dallas Cty., Tex., filed Sept. 10, 2024).

- *De Oliveira v. Hecht et al.*, Case No. 1:24-CV-01115 (W.D. Tx., filed Sept. 19, 2024).

- *Daniel De Oliveira v. Valley Baptist Realty Co., LLC*, Case No. DC-24-17325 (Dist. Ct. Dallas, Tex., filed Sept. 23, 2024), *transferred to* 2018-CCL-01401 (Ct. at Law Cameron Cty., Tex., filed Oct. 10, 2018).

- *Daniel De Oliveira MD v. VHS Harlingen Hosp. Co. LLC dba Valley Baptist Med. Center-Harlingen,* Case No. 2024-60612 (Dist. Ct. Harris Cty., Tex., filed Sept. 6, 2024), *transferred to* Case No. 2024-CCL-00924 (Ct. at Law Cameron Cty., Tex., filed Dec. 18, 2024).

- *Daniel De Oliveira v. Valley Baptist Realty Co., LLC*, Case No. DC-24-17325 (Dist. Ct. Dallas, Tex., filed Sept. 23, 2024)*, transferred to* 2018-CCL-01401 (Ct. at Law Cameron Cty., Tex., filed Oct. 10 2018).

    - Petition for Writ of Mandamus filed *In re Daniel De Oliveira,* Case No. 25-0032 (Tex., filed Jan. 16, 2025).

- *Daniel De Oliveira MD v. VHS Harlingen Hosp. Co. LLC dba Valley Baptist Med. Center-Harlingen*, Case No. 2024-CCL-00924 (Ct. at Law Cameron Cty., Tex., filed Dec. 18, 2024).

    - Petition for Writ of Mandamus filed *In re Daniel De Oliveira, MD*, Case No. 25-0059 (Tex., filed Jan. 22, 2025).

- *Daniel De Oliveira MD v. Pakis Giotes Burleson and Deaconson PC, et al.*, Case No. 2025-01747 (Dist. Ct. Harris Cty., Tex., filed Jan. 7, 2025).

- *De Oliveira v. Cameron Ct. at Law No. 1, et al.*, Case No. 4:25-CV-00089 (S.D. Tx., filed Jan. 8, 2025).

- *De Oliveira v. Tenet Healthcare Corp. et al.*, Case No. 1:25-CV-00519 (D.D.C., filed Feb. 10, 2025).

- *Oliveira v. Tenet Healthcare et al.*, Case No. 1:25-CV-00572 (D.D.C., filed Feb. 18, 2025).

- *Daniel De Oliveira, MD v. Tenet Healthcare, JAMS, Chief Justice Nathan Hecht, et al.*, Case No. 1:25-CV-01683 (S.D.N.Y., filed Feb. 22, 2025).

- *De Oliveira v. Pakis, Giotes, Burleson & Deaconson, P.C. et al.*, Case No. 1:25-CV-01692 (S.D.N.Y., filed Feb. 23, 2025), *consolidated with* Case No. 1:25-CV-01683 (S.D.N.Y., filed Feb. 22, 2025).

- *De Oliveira v. Internal Revenue Serv. et al.*, Case No. 1:25-CV-01693 (S.D.N.Y., filed Feb. 25, 2025), *transferred to* Case No. 2:25-CV-03070 (E.D.N.Y., filed June 2, 2025).

- *De Oliveira v. VHS Harlingen Hosp. Co., LLC et al.*, Case No. 1:25-01754 (S.D.N.Y., filed Mar. 3, 2025), *consolidated with* Case No. 1:25-CV-01683 (S.D.N.Y., filed Feb. 22, 2025).

3

- *De Oliveira v. Valley Baptist Realty Co., LLC, et al.*, Case No. 1:25-CV-01753 (S.D.N.Y., filed Mar. 3, 2025), *consolidated with* Case No. 1:25-CV-01683 (S.D.N.Y., filed Feb. 22, 2025).

- *De Oliveira v. Jams*, Case No. 1:25-CV-01868 (S.D.N.Y., filed Mar. 6, 2025), *consolidated with* Case No. 1:25-CV-01683 (S.D.N.Y., filed Feb. 22, 2025).

- *Oliveira v. Hellwig*, Case No. 1:25-CV-01778, (D.D.C., filed June 4, 2025).

- [Underlying lawsuit not commenced by Plaintiff:] *Valley Baptist Realty Company, LLC vs Daniel D. De Oliveira, MD, Daniel De Oliveira*, Case No. 2018-CCL-01401 (Ct. at Law Cameron Cty., Tex., filed Oct. 10, 2018).
    - Petition for Writ of Mandamus filed by Plaintiff to *In re Daniel De Oliveira, MD*, Case No. 13-24-00392-CV (Tex. App. Corpus Christi-Edinburg, filed Aug. 6, 2024).
    - Petition for Writ of Mandamus filed by Plaintiff *In re Daniel De Oliveira*, MD, Case No. 25-0025 (Tex., filed Jan. 14, 2025).

6. Based upon available records, Plaintiff made one attempt to serve Tenet with the complaint in Case No. 1:25-cv-01753-VSB-GS, by mail, postmarked 3/3/25 and delivered 3/10/25.

7. Based upon available records, Plaintiff made a prior attempt to serve VHS with the complaint in Case No. 1:25-cv-01754-VSB-GS, by mail, postmarked 3/2/25 and delivered 3/3/25.

8. The Court is respectfully referred to the accompanying Memorandum of Law for the legal arguments supporting the dismissal of Plaintiff's Complaints against the Valley Baptist Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025

/s/ *Leslie C. Thorne*<br>**Leslie C. Thorne**

## **CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATION**

     Pursuant to Local Rule 7.1(c), the undersigned certifies that this Declaration, excluding the caption, signature blocks, and required certificates, consists of 847 words, which was determined using Microsoft Word's word count function.

*/s/ Leslie C. Thorne*
Leslie C. Thorne
