UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>TENET HEALTHCARE, JAMS, TEXAS JUDICIARY, CHIEF JUSTICE NATHAN HECHT and ATTORNEY GENERAL KEN PAXTON,<br><br>      Defendants. | No. 1:25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>VALLEY BAPTIST REALTY COMPANY, LLC and TENET HEALTHCARE,<br><br>      Defendants. | No. 1:25-cv-01753-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>      Plaintiff,<br><br>    - against -<br><br>VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE,<br><br>      Defendants. | No. 1:25-cv-01754-VSB-GS<br><br>**DECLARATION OF SHARILEE SMITH** |

**STATE OF TEXAS**   )
          ): ss
**COUNTY OF DALLAS** )

1

Sharilee Smith, being duly sworn, deposes and says as follows:

1. I am the Vice President, Tax at TENET HEALTHCARE CORPORATION s/h/a TENET HEALTHCARE ("Tenet"). I submit this Declaration in support of Tenet's motion to dismiss the Plaintiff's Complaints in the above-captioned actions.

2. Tenet is a Nevada corporation, with its principal executive offices at 14201 Dallas Parkway, Dallas, Texas, 75254.

3. Tenet is a diversified healthcare services company, organized into two separate reporting segments – Hospital Operations and Services, and Ambulatory Care.

4. VHS Harlingen Hospital Company, LLC ("VHS") and Valley Baptist Realty Company, LLC ("VBRC") are two of Tenet's indirect subsidiaries within its Hospital Operations and Services reporting segment.

5. As of the date of this Affirmation, Tenet wholly owns, operates as part of joint venture, or leases and operates through one of its wholly owned subsidiaries 49 acute care and specialty hospitals servicing primarily urban and suburban communities in eight (8) states: Arizona, California, Florida, Massachusetts, Michigan, South Carolina, Tennessee, and Texas.

6. As of the date of this Affirmation, Tenet, though its holding company, USPI Holding Company, Inc., holds indirect ownership interests in 520 ambulatory surgery centers and 25 surgical hospitals in 37 states: Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Virginia, Washington, Wisconsin and Wyoming.

7. Tenet has not been registered to do business in New York, and has not had any registered agent in New York, at any point.

8. Tenet has not had a physical presence, including any offices, facilities, or real property, in New York State at any point.

9. Tenet has not owned any acute care or specialty hospitals, ambulatory surgical centers, or surgical hospitals in New York State at any point.

10. Tenet has not solicited business in New York State at any point.

11. Tenet has not dedicated any marketing efforts specifically directed at New York State at any point.

12. Tenet has not derived any substantial revenue from New York State at any point.

13. Moreover, the claims in this lawsuit do not arise out of or relate to any activities that Tenet purposefully directed at the State of New York. Rather, the claims in this lawsuit, and the related actions, involve the Plaintiff's performance of medical services in Texas for four (4) years beginning in or about May 2014.

14. In the event this action proceeds to trial, all of the witnesses Tenet presently anticipates calling at trial work and live in Texas. The evidence and documents on which Tenet may rely on at trial, such as electronic and physical documents related to the litigations and arbitration at issue, are expected to be located in or managed electronically from their Texas offices, and/or, upon information and belief, are in the possession of Texas courts and JAMS' Texas offices. Tenet's witnesses would be required to take time off work and/or school to travel to New York for the trial, and Tenet would be required to incur substantial costs related to travel and lodging.

15. As set forth above, Tenet has not purposefully availed itself of the privilege of conducting business in New York State, and Tenet has not taken any deliberate actions to create a substantial connection with New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/27, 2025

*Sharilee Smith*
**Sharilee Smith**

**CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATION**

Pursuant to Local Rule 7.1(c), the undersigned certifies that this Declaration, excluding the caption, signature blocks, and required certificates, consists of 576 words, which was determined using Microsoft Word's word count function.

*/s/ Leslie C. Thorne*
Leslie C. Thorne