**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>TENET HEALTHCARE, JAMS, TEXAS JUDICIARY, CHIEF JUSTICE NATHAN HECHT and ATTORNEY GENERAL KEN PAXTON,<br><br>Defendants. | No. 1:25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>VALLEY BAPTIST REALTY COMPANY, LLC and TENET HEALTHCARE,<br><br>Defendants. | No. 1:25-cv-01753-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>Plaintiff,<br><br>- against -<br><br>VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE,<br><br>Defendants. | No. 1:25-cv-01754-VSB-GS<br><br>**DECLARATION OF MICHAEL CLINE** |

**STATE OF TEXAS**          )
                                             ): ss
**COUNTY OF CAMERON**  )

1

Michael Cline, being duly sworn, deposes and says as follows:

1.      I am the President at VHS HARLINGEN HOSPITAL COMPANY, LLC, s/h/a VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE ("VHS").  I submit this Declaration in support of VHS's motion to dismiss the Plaintiff's Complaints in the above-captioned actions.

2.      VHS is a Delaware LLC, with its principal executive offices in Cameron County, Texas.

3.      VHS is an indirect subsidiary of Tenet Healthcare Corporation ("Tenet").  VHS falls within Tenet's Hospital Operations and Services reporting segment.  VHS does not have any direct or indirect subsidiaries.

4.      As of the date of this Affirmation, VHS owns and operates one (1) hospital in Texas which provides comprehensive care services for the Rio Grande Valley community.

5.      VHS has not been registered to do business in New York, and has not had any registered agent in New York, at any point.

6.      VHS has not had a physical presence, including any offices, facilities, or real property, in New York State at any point.

7.      VHS has not owned any acute care or specialty hospitals, ambulatory surgical centers, or surgical hospitals in New York State at any point.

8.      VHS has not solicited business in New York State at any point.

9.      VHS has not dedicated any marketing efforts specifically directed at New York State at any point.

10.     VHS has not derived any substantial revenue from New York State at any point.

11.     Moreover, the claims in this lawsuit do not arise out of or relate to any activities that VHS purposefully directed at the State of New York. Rather, the claims in this lawsuit, and the related actions, involve the Plaintiff's performance of medical services in Texas for four (4) years beginning in or about May 2014.

12.     In the event this action proceeds to trial, all of the witnesses VHS presently anticipates calling at trial work and live in Texas.  The evidence and documents on which VHS may rely on at trial, such as electronic and physical documents related to the litigations and arbitration at issue, are expected to be located in or managed electronically from their Texas offices, and/or, upon information and belief, are in the possession of Texas courts and JAMS' Texas offices.  VHS's witnesses would be required to take time off work and/or school to travel to New York for the trial, and VHS would be required to incur substantial costs related to travel and lodging.

13.     As set forth above, VHS has not purposefully availed itself of the privilege of conducting business in New York State, and VHS has not taken any deliberate actions to create a substantial connection with New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/27,** 2025

_____
**Michael Cline**

27th June 2025

Johnnie R. Hahs
Notary Public, State of Texas
Notary ID 1082463-7
Commission Expires 01-03-2026

3

## <u>CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATION</u>

  Pursuant to Local Rule 7.1(c), the undersigned certifies that this Declaration, excluding the caption, signature blocks, and required certificates, consists of 461 words, which was determined using Microsoft Word's word count function.

*/s/ Leslie C. Thorne*
Leslie C. Thorne
