# HAYNES BOONE 

July 1, 2025                                                          Direct Phone Number +1 212-835-4848
leslie.thorne@haynesboone.com

**_Via ECF_**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 518
New York, New York 10007

Re:    *Daniel De Oliveira, MD v. Tenet Healthcare, et al*. (25-cv-01683)
        *Daniel De Oliveira, MD v. Valley Baptist Realty Company, LLC, et al.*, (25-cv-01753)
        *Daniel De Oliveira, MD v. VHS Harlingen Hospital Company, LLC, et al*., (25-cv-01754)
        BPN File No.: 0456-001

Dear Judge Broderick:

We write on behalf of Defendants Tenet Healthcare Corporation ("Tenet"), Valley Baptist Realty Company, LLC ("VBRC"), and VHS Harlingen Hospital Company, LLC ("VHS," and together with Tenet and VBRC, the "Valley Baptist Defendants") in the above-captioned matters. It has come to our attention that on June 19, 2025, Plaintiff filed another proof of service upon Tenet in Case No. 25-cv-01753 (Doc. No. 300), which our office had not previously identified due to our recent appearance in this litigation and the chaotic and voluminous nature of Plaintiff's filings.

In light of this filing, the Valley Baptist Defendants hereby withdraw the Sixth (VI) Point of Law in their Consolidated Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaints (Doc. No. 331 at p. 25), which sought dismissal of Case No. 25-cv-01753 as to Tenet pursuant to Fed. R. Civ. P. 12(b)(5). The Valley Baptist Defendants stand on all other bases for dismissal articulated in their Motion to Dismiss, including pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3) and (6), which necessitate dismissal of the Complaints in their entirety as to the Valley Baptist Defendants.

Respectfully submitted,

*/s/ Leslie Thorne*

Leslie C. Thorne

---

**Haynes and Boone, LLP**        30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com