# HAYNES BOONE 

July 7, 2025                                             Direct Phone Number +1 212-835-4848

leslie.thorne@haynesboone.com

**_Via ECF_**

The Honorable Magistrate Judge Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 702
New York, New York 10007

Re:    *Daniel De Oliveira, MD v. Tenet Healthcare, et al*. (25-cv-01683)
       *Daniel De Oliveira, MD v. Valley Baptist Realty Company, LLC, et al.*, (25-cv-01753)
       *Daniel De Oliveira, MD v. VHS Harlingen Hospital Company, LLC, et al*., (25-cv-01754)
       BPN File No.: 0456-001

Dear Magistrate Judge Stein:

We write on behalf of Defendants Tenet Healthcare Corporation ("Tenet"), Valley Baptist Realty Company, LLC ("VBRC"), and VHS Harlingen Hospital Company, LLC ("VHS," and together with Tenet and VBRC, the "Valley Baptist Defendants") in the above-captioned matters. We write in reference to the requests for admission served by Plaintiff upon the Valley Baptist Defendants in violation of Fed. R. Civ. P. 26(d)(1) and this Court's explicit orders. Specifically, this letter references Plaintiff's First Request for Admissions to Tenet, filed 4/1/25 (Doc. No. 57), Plaintiff's First Set of Rule 36 Requests for Admission to VBRC, filed 5/22/25 (Doc. No. 229), Plaintiff's First Rule 36 Requests for Admission to VHS, filed 5/22/25 (Doc. No. 230) and Plaintiff's Second Request for Admissions to Tenet, filed 7/1/25 (Doc. No. 339) (collectively, the "RFAs").

Pursuant to Fed. R. Civ. P. 26(d)(1), "[a] party may not seek discovery…before the parties have conferred as required by Rule 26(f)[.]" Indeed, on 3/17/25, Judge Broderick denied Plaintiff's request for permission to serve requests for admissions upon Defendants, noting that "Plaintiff may not do so unless and until this case proceeds to the discovery phase." (Doc. No. 12). On 4/30/25, Your Honor noted Plaintiff's continued "barrage" of "frivolous, vexatious and/or duplicative" filings which "seek relief to which Plaintiff is not procedurally entitled at this stage of the litigation[,]" and therefore ordered that "all further proceedings in each of these cases shall be stayed pending the filing [of Defendants' motions to dismiss]." (Doc. No. 146). Plaintiff nonetheless proceeded to file RFAs to the Valley Baptist Defendants, in direct contravention of Rule 26 and this Court's orders.

**Haynes and Boone, LLP**        30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com

# HAYNES BOONE 

Accordingly, it is our understanding that no response to the RFAs is required unless and until such time as the Court so orders. However, for avoidance of doubt, we hereby note the Valley Baptist Defendants' objection to the RFAs in their entirety—and to any further discovery requests served by Plaintiff prior to the commencement of discovery—for the reasons set forth herein.[1]

Respectfully submitted,

*Leslie C. Thorne*

Leslie C. Thorne

---

[1] The Valley Baptist Defendants reserve the right to serve supplemental responses and objections to the RFAs if and when the Court so orders.