# Frankfurt Kurnit Klein + Selz PC

**Tyler Maulsby**
28 Liberty Street, New York, New York 10005
T (212) 705-4893     F (347) 438-2152
tmaulsby@fkks.com

July 8, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Daniel de Oliveira, MD v. Pakis, Giotes, Burleson & Deconson, P.C. et al.*, Civil Action No. 1:25-cv-01692; *Daniel De Oliveira, MD v. Tenet Healthcare et al.*, Civil Action No. 1:25-cv-01683 (VSB)(GS)

Dear Judge Broderick:

    We represent defendants Pakis, Giotes, Burleson & Deaconson, P.C. ("Pakis"), Michael Cosby, Marcus Mataga, and David N. Deaconson (collectively the "Pakis Defendants") in the above-referenced action. We write to address Plaintiff Daniel de Oliveira, MD's ("Plaintiff") recently filed: (i) summons returned executed upon Marcus Mataga and David N. Deaconson in the action captioned 1:25-cv-1692 (ECF Nos. 316-317); and (ii) Requests for Admission to Marcus Mataga and David Deaconson (ECF Nos. 278-79) (the "RFAs").

    As a threshold matter, Marcus Mataga and David Deaconson have not been served to date in the action captioned 1:25-cv-01692 (the "legal malpractice action"). On June 25, 2025, Plaintiff filed a purported proof of service in the legal malpractice action for Mr. Mataga (ECF No. 316) and Mr. Deaconson (ECF No. 317), each dated June 2, 2025. However, the only documents received by Mr. Mataga and Mr. Deaconson on June 2, 2025 were two copies of a single-page Summons in the legal malpractice action (25-cv-01692) addressed only to Mr. Mataga. No complaint was served with the summons, and no summons directed to Mr. Deaconson was served. True and correct copies of the entirety of the papers served and received by Mr. Mataga and Mr. Deaconson on June 2, 2025, are attached to Exhibits 1 and 2, respectively.

    The RFAs are another attempt by Plaintiff to defy this Court's orders. Contrary to their title, these RFAs are not the "first set" of Rule 36 requests for admissions Plaintiff has attempted

Hon. Vernon S. Broderick
July 8, 2025
Page 2

to serve on the Pakis Defendants. Plaintiff previously served premature requests for admissions in the consolidated 1:25-cv-01683 action on all Pakis Defendants on April 4, 2025, to which the Pakis Defendants timely served their objections and responses, reserving all rights. Plaintiff is now attempting to repeat his improper actions, this time captioning the RFAs under the legal malpractice action (1:25-cv-01692) and directing them to Mr. Mataga and Mr. Deaconson individually.

       In its March 7, 2025 order, the Court stated: "[t]his case has not proceeded to the discovery phase, which is the proper stage for [] requests for admissions to be served." The Order further observed that the Pakis Defendants had not yet been served and ordered the Plaintiff to serve the summons and complaint in the legal malpractice action (1:25-cv-01692) within 90 days from the date the summons issued. (1:25-cv-01692 ECF No. 6.) Mr. Mataga and Mr. Deaconson have still not been individually served in the legal malpractice action. The time for Plaintiff to do so expired on June 4. (*See* 1:25-cv-01692 ECF No. 7.) Further, the Court expressly denied Plaintiff leave to serve requests for admission concurrently with the summons and complaint and prohibited Plaintiff from serving RFAs "unless and until this case proceeds to the discovery phase." (*See* 1:25-cv-01692 ECF No. 9.)

       We understand that Plaintiff attempted to serve requests for admission concurrently with a summons and complaint on Hon. Michael Massengale and other defendants in the consolidated action (*see* ECF 287, 349). We understand that Arbitrator Massengale has requested that the Court strike the requests served on him. (*See* ECF 287.) Mr. Mataga and Mr. Deaconson respectfully request that the Court grant them similar relief with respect to the RFAs directed to them.

                                           Respectfully submitted,

                                           Tyler Maulsby

cc:      Kristen Niven, Esq.
           All Counsel of Record (Via ECF)
           Daniel de Oliveira, MD, Plaintiff *pro se* (via ECF, First Class Mail and email)