# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>TENET HEALTHCARE et al.,<br><br>　　　　　Defendants. | Case No.: 25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>PAKIS, GIOTES, BURLESON AND DEACONSON, PC, MICHAEL COSBY, MARCUS MATAGA, AND DAVID N. DEACONSON.<br><br>　　　　　Defendants. | Case No.: 25-cv- 01692 (UA) |

### DECLARATION OF MARCUS MATAGA

I, Marcus Mataga, declare as follows:

1. I am an attorney and counselor at law admitted to practice in the courts of the State of Texas and a defendant named in the above-captioned action.

2. I am a partner of the law firm Pakis, Giotes, Burleson & Deaconson, P.C., which is also a named defendant in this action.

3. On June 2, 2025 around 10:00 a.m., I met a female process server at our firm's office in the reception area for her to serve me with some paper regarding Plaintiff Dr. Daniel de Oliveira's lawsuit. The process server asked me to confirm my name, which I did. She then

handed me a single sheet of paper titled "Summons in a Civil Action" under the caption 1:25-cv-01692.

4. A true and correct copy of the document she delivered to me on June 2, 2025, is attached hereto as <u>Exhibit A</u>. This is the only document the process server delivered to me that day.

5. To this day I have not been properly served with a copy of any Complaint, Civil Cover Sheet, or Related Case Statement in the action captioned Civil Action No. 1:25-cv-01692.

6. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Waco, Texas
       July 8, 2025

*/s/ Marcus Mataga*
Marcus Mataga

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

*Delivered 4/2/2025 MC*

DANIEL DE OLIVEIRA, MD )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. 1:25-CV-01692 UA
)
PAKIS, GIOTES, BURLESON & DEACONSON, P.C. )
MICHAEL COSBY )
MARCUS MATAGA )
DAVID N DEACONSON )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MARCUS MATAGA
PAKIS, GIOTES, BURLESON &
DEACONSON, P.C.
Pakislaw
400 Austin Ave.
Waco TX 76701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR - 6 2025  *Tammi M. Hellwig*   *S. Coretto*

*Signature of Clerk or Deputy Clerk*