# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>TENET HEALTHCARE et al.,<br><br>　　　　　　Defendants. | Case No.: 25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>PAKIS, GIOTES, BURLESON AND DEACONSON, PC, MICHAEL COSBY, MARCUS MATAGA, AND DAVID N. DEACONSON.<br><br>　　　　　　Defendants. | Case No.: 25-cv- 01692 (UA) |

## **DECLARATION OF DAVID N. DEACONSON**

I, David N. Deaconson, declare as follows:

1.　I am an attorney and counselor at law admitted to practice in the courts of the State of Texas and a defendant named in the above-captioned action.

2.　I am a partner of the law firm Pakis, Giotes, Burleson & Deaconson, PC, which is also a named defendant in this action.

3. On June 2, 2025 around 10:00 a.m., a female process server met me by agreement at our firm's office in the reception area to serve me some paper regarding the Plaintiff Dr. Daniel de Oliveira's lawsuit. The process server introduced herself and asked me to confirm my name, which I did. She then handed me a single sheet of paper titled "Summons in a Civil Action" under the caption 1:25-cv-01692.

4. The single page document she delivered to me was the "Summons in a Civil Action" addressed to my law partner and co-defendant Marcus Mataga. A true and correct copy of this document is attached hereto as <u>Exhibit A</u>.

5. After the process server handed me the single page document (Exhibit A), I asked her if this was all she had to deliver to me. She responded that it was and that it seemed strange to her because it was labeled as only page 5 of an 8-page document. She confirmed there were no attachments or other documents she was given to deliver to me.

6. To this day I have not been served with a copy of any Complaint, Civil Cover Sheet, or Related Case Statement in the action captioned Civil Action No. 1:25-cv-01692.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Waco, Texas
July 8, 2025

                                                                           David N. Deaconson

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Delivered on
6/2/2025
MC

DANIEL DE OLIVEIRA, MD )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-CV-01692 UA
)
PAKIS, GIOTES, BURLESON & DEACONSON, P.C. )
MICHAEL COSBY )
MARCUS MATAGA )
DAVID N DEACONSON )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARCUS MATAGA
PAKIS, GIOTES, BURLESON &
DEACONSON, P.C.
Pakislaw
400 Austin Ave.
Waco TX 76701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 6 2025    *Tammi M. Hellwig*   *S. Coretto*
                                              *Signature of Clerk or Deputy Clerk*

rec'd - solo page - 6/2/25