UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL DE OLIVEIRA, MD,

                              Plaintiff,

        -against-

TENET HEALTHCARE et al.,

                            Defendants.
-----------------------------------------------------------------X

Case No. 25-cv-01683-VSB-GS

## **NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying declaration of Howard I. Elman, dated July 11, 2025, and the exhibits attached thereto, defendants Sheri Flame Eisner and Kimberly Taylor will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 518, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), dismissing the First Amended Complaint in the above-captioned action as against him, in its entirety and with prejudice, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, any opposing or response papers must be served within 14 days after service of these moving papers, and any reply papers must be served within seven days after service of the answering papers.

Dated: July 11, 2025
      New York, New York

Respectfully submitted,

ELMAN FREIBERG PLLC

By:   */s/ Howard I. Elman*
      Howard I. Elman
      Mioko C. Tajika
950 Third Avenue, Suite 1600
New York, New York 10022
(646) 780-8100
helman@ef-law.com
mtajika@ef-law.com

*Attorneys for Defendant JAMS, Inc., Hon. Michael Massengale, Kimberly Taylor, and Sheri Flame Eisner*

cc:    *Pro se* plaintiff (via ECF and mail)
       All counsel of record (via ECF)