UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DANIEL DE OLIVEIRA, MD,                       :
                                                                       :   Case No. 25-cv-01683-VSB-GS
                           Plaintiff,   :
                                                                       :
         -against-                                 :
                                                                       :
TENET HEALTHCARE et al.,                      :
                                                                       :
                       Defendants.         :
                                                                       :
---------------------------------------------------------------X

## DECLARATION OF HOWARD I. ELMAN

I, Howard I. Elman, declare as follows:

1.      I am an attorney and counselor at law admitted to practice in the courts of the State of New York and in this Court.

2.      I am a member of Elman Freiberg PLLC, attorneys in this action for defendants JAMS, Inc. ("JAMS"), incorrectly sued herein as JAMS, Hon. Michael Massengale (former), Kimberly Taylor, and Sheri Flame Eisner. I make this declaration in support of Ms. Taylor's and Ms. Eisner's motion to dismiss the First Amended Complaint filed by plaintiff Daniel De Oliveira, MD ("Plaintiff").

3.      As explained in the letters filed at ECF Doc. 252 and 287 by JAMS and Arbitrator Massengale, the First Amended Complaint is a nullity because Plaintiff could not amend his pleading as of right, and he has neither obtained consent nor leave to amend. The amendment is also futile for the reasons expressed in the referenced letters.

4.      But if the Court is inclined to let the First Amended Complaint stand, we hereby incorporate by reference JAMS's motion to dismiss, previously filed as ECF Docs. 157-159, and

annexed to this declaration as Exhibit A. For the reasons set forth therein, the Court should dismiss the First Amended Complaint as against Ms. Taylor and Ms. Eisner with prejudice.

5. We furthermore believe that the service upon Ms. Eisner, which was attempted by mail at JAMS's headquarters on June 20, 2025, to be improper. But rather than dispute validity of service, we hereby move to dismiss the First Amended Complaint on her behalf. A copy of the papers served on Ms. Eisner is annexed to this declaration as Exhibit B.

6. We accepted personal service on behalf of Ms. Taylor at our offices on July 2, 2025. A copy of the papers served on Ms. Taylor is annexed to this declaration as Exhibit C.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2025
New York, New York

/s/ *Howard I. Elman*
Howard I. Elman