UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
DANIEL DE OLIVEIRA, MD,                      :
                                             :    Case No. 25-cv-01683-VSB-GS
                          Plaintiff,         :
                                             :
         -against-                            :
                                             :
TENET HEALTHCARE et al.,                     :
                                             :
                          Defendants.        :
                                             :
------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

MIOKO C. TAJIKA hereby certifies:

1. I am a member of the bar of this Court and am Counsel to Elman Freiberg PLLC, attorneys for Defendants JAMS, Inc., incorrectly sued as JAMS, the Hon. Michael Massengale (former), Kimberly Taylor, and Sheri Flame Eisner (altogether, the "Defendants") in the above-captioned action.

2. On July 11, 2025, I caused to be served on *pro se* plaintiff Daniel De Oliveira, MD ("Plaintiff"), true and accurate copies of the Notice of Motion to Dismiss First Amended Complaint and the Declaration of Howard I. Elman, with exhibits, by electronically filing them via ECF.

3. On July 11, 2025, I caused to be served true and accurate copies of the above referenced documents by placing them in a secure envelope and depositing the envelope in a container maintained exclusively by the United States Postal Service within the State of New York. The envelope was mailed by U.S. First-Class Mail, postage prepaid, and was addressed as follows:

> Daniel De Oliveira, MD
> 374 East Meadow Ave, Apt. C
> East Meadow, New York 11554

4. Copies of the case law cited in the memorandum of law attached to the Declaration of Howard I. Elman were sent to Plaintiff via mail on May 2, 2025.

Dated: July 11, 2025
       New York, New York

Respectfully submitted,

ELMAN FREIBERG PLLC

By:   */s/ Mioko C. Tajika*
      Mioko C. Tajika
950 Third Avenue, Suite 1600
New York, New York 10022
(646) 780-8100
mtajika@ef-law.com

*Attorneys for Defendant JAMS, Inc., Hon. Michael Massengale, Kimberly Taylor, and Sheri Flame Eisner*