

Howard I. Elman
*Partner*
646-780-8101
helman@ef-law.com

Main Tel. 646-780-8100
Facsimile 646-780-8112

July 21, 2025

**Via ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

   Re: *De Oliveira, MD v. Tenet Healthcare et al.*, Case No. 1:25-cv-01683-VSB-GS
      *De Oliveira, MD v. JAMS*, Case No. 1:25-cv-01868-VSB-GS

Dear Judge Broderick:

  We represent JAMS, Inc. ("JAMS"), the Honorable Michael Massengale (former), Kimberly Taylor, and Sheri Flame Eisner in the above-referenced consolidated actions. This letter concerns the requests for admissions ("RFAs") served upon Ms. Eisner.

  Further to our letters dated May 29 and June 12, 2025 (ECF Doc. Nos. 252 and 287), we reiterate our request for the Court to strike the RFAs of *pro se* plaintiff Daniel De Oliveira ("Plaintiff"), which Plaintiff improperly served upon Ms. Eisner by mail on June 20, 2025, along with copies of the Complaint and the First Amended Complaint. This firm moved to dismiss the First Amended Complaint on behalf of Ms. Taylor and Ms. Eisner on July 11, at ECF Doc. Nos. 366 and 367.

  Preliminarily, the Court has already stayed further proceedings in these actions (ECF Doc. No. 146), which obviates the need for Ms. Eisner to respond to the RFAs. Additionally, as with the request made on behalf of Arbitrator Massengale, and for the reasons explained in JAMS's filings at ECF Doc. Nos. 43, 78, and 110, an order to strike is necessary because the RFAs are not only improper as Ms. Eisner's addition to the action was unauthorized, but the Court has already advised Plaintiff that he "may not [serve RFAs with the summons and complaint] unless and until this case proceeds to the discovery phase." (ECF Doc No. 12 at 4.) Without a formal court order striking them (or even with one), we expect that Plaintiff will make the frivolous, vexatious, and repetitive argument (that he has been making with respect to JAMS and others), that Ms. Eisner has made "deemed admissions" in this action.

ELMAN FREIBERG PLLC

Hon. Vernon Broderick
July 21, 2025
Page 2 of 2

      We hereby also assert Ms. Eisner's objections to the RFAs, and will reserve the right to supplement any responses or objections until such time that the Court so orders.

                                     Respectfully submitted,

                                     Howard I. Elman

cc:    Daniel De Oliveira (by ECF, mail, and email)
        All counsel of record (by ECF)

950 Third Avenue, Suite 1600, New York, New York 10022
www.ef-law.com