UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DE OLIVEIRA, MD,<br><br>        Plaintiff,<br><br>    - against -<br><br>TENET HEALTHCARE, JAMS, TEXAS JUDICIARY, CHIEF JUSTICE NATHAN HECHT and ATTORNEY GENERAL KEN PAXTON,<br><br>        Defendants. | No. 1:25-cv-01683-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>        Plaintiff,<br><br>    - against -<br><br>VALLEY BAPTIST REALTY COMPANY, LLC and TENET HEALTHCARE,<br><br>        Defendants. | No. 1:25-cv-01753-VSB-GS |
| DANIEL DE OLIVEIRA, MD,<br><br>        Plaintiff,<br><br>    - against -<br><br>VHS HARLINGEN HOSPITAL COMPANY, LLC, D.B.A. VALLEY BAPTIST MEDICAL CENTER-HARLINGEN – TENET HEALTHCARE,<br><br>        Defendants. | No. 1:25-cv-01754-VSB-GS |

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

  Notice is hereby given that, subject to approval by the Court, Tenet Healthcare ("Tenet"), Valley Baptist Realty Company, LLC ("Valley"), and VHS Harlingen Hospital Company, LLC

("VHS") (collectively, "Defendants") substitute Leslie C. Thorne (State Bar No. 5339254) of Haynes and Boone, LLP ("Haynes and Boone") as counsel of record in place of Alexandra Nicole Nieto and Gregg Douglas Weinstock of Barker Patterson Nichols, LLP.

Contact information for new counsel is as follows:

Firm Name:   Haynes and Boone, LLP
Address:     30 Rockefeller Plaza, 26th Floor, New York, NY 10112
Telephone:   (212) 659-7300
Facsimile:   (212) 918-8989
Email:       leslie.thorne@haynesboone.com

I consent to the above substitution.  /s/ *Joanne Joiner*
Date: 06/20/2025                       Joanne Joiner
                                        Senior Counsel, Tenet Healthcare Corporation

I consent to the above substitution.  /s/ *Alexandra N. Nieto*
Date: 06/20/2025                       Alexandra Nicole Nieto

I consent to the above substitution.  /s/ *Gregg D. Weinstock*
Date: 06/20/2025                       Gregg Douglas Weinstock

I consent to the above substitution.  /s/ *Leslie C. Thorne*
Date: 06/20/2025                       Leslie C. Thorne

The substitution of attorney is hereby approved and so ORDERED.

Date: September 15, 2025               _____
                                                     Judge