

Howard I. Elman
*Partner*
646-780-8101
helman@ef-law.com

Main Tel. 646-780-8100
Facsimile 646-780-8112

October 31, 2025

**Via ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

      Re:    *De Oliveira, MD v. Tenet Healthcare et al.*, Case No. 1:25-cv-01683-VSB-GS
              *De Oliveira, MD v. JAMS*, Case No. 1:25-cv-01868-VSB-GS

Dear Judge Broderick:

      We represent JAMS, Inc. ("JAMS") in the above-referenced consolidated actions. We write to briefly express our opposition to *pro se* plaintiff Daniel De Oliveira's request to lift the stay.

      Plaintiff has recently made a few filings asking the Court to "[l]ift the ongoing stay" (ECF No. 442 at 3); "[t]o lift the stay" (ECF No. 444 at 1); and to "lift or clarify the stay" (ECF No. 446 at 2). Although at least one of these filings may be asking to lift the stay for purposes of severing the 25-CV-01692 action only (to which we also object), it is not entirely clear.

      To the extent plaintiff is requesting this Court to lift the stay imposed on these consolidated actions, JAMS respectfully opposes such request. Plaintiff fails to offer any cogent reason why the issuance of stay was improper, and a continued stay is eminently sensible for all the reasons expressed in the Court's April 30, 2025 and September 15, 2025 Orders. (*See* ECF Nos. 146 and 423.)

                                                    Respectfully submitted,

                                                      Howard I. Elman

cc:     Daniel De Oliveira (by ECF, mail, and email)
          All counsel of record (by ECF)