UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DANIEL DE OLIVEIRA, MD,  :
 :  Case No. 25-cv-01683-VSB-GS
              Plaintiff,  :
 :
        -against-  :
 :
TENET HEALTHCARE et al.,  :
 :
              Defendants.  :
 :
------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

MIOKO C. TAJIKA hereby certifies:

1. I am a member of the bar of this Court and am Counsel to Elman Freiberg PLLC, attorneys for Defendants JAMS, Inc., incorrectly sued as JAMS, in the above-captioned action.

2. On October 31, 2025, I caused to be served on *pro se* plaintiff Daniel De Oliveira, MD ("Plaintiff"), a true and accurate copy of the October 31, 2025 letter to Court by electronically filing it via ECF.

3. On October 31, 2025, I caused to be served a true and accurate copy of the letter by placing it in a secure envelope and depositing the envelope in a container maintained exclusively by the United States Postal Service within the State of New York. The envelope was mailed by U.S. First-Class Mail, postage prepaid, and was addressed as follows:

> Daniel De Oliveira, MD
> 374 East Meadow Ave, Apt. C
> East Meadow, New York 11554

4. On October 31, 2025, I also sent a courtesy copy of the letter to Plaintiff by e-mail at danieldeoliveira@me.com.

Dated: October 31, 2025
       New York, New York

Respectfully submitted,

ELMAN FREIBERG PLLC

By:   <u>*/s/ Mioko C. Tajika*</u>
      Mioko C. Tajika
950 Third Avenue, Suite 1600
New York, New York 10022
(646) 780-8100
mtajika@ef-law.com

*Attorneys for Defendant JAMS, Inc.*