**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
DANIEL DE OLIVEIRA,

                        Plaintiff,

                 - against –

TENET HEALTHCARE, et al.,

                        Defendants.
--------------------------------------------------------------------X
 DANIEL DE OLIVEIRA,

                        Plaintiff,

               -against-

 PAKIS, GIOTES, BURLESON & DEACONSON, P.C.,
et al.,

                        Defendants.
--------------------------------------------------------------------X
 DANIEL DE OLIVEIRA,

                        Plaintiff,

               - against -

VALLEY BAPTIST REALTY COMPANY, LLC, et al.,

                        Defendants.

--------------------------------------------------------------------X
DANIEL DE OLIVEIRA,

                        Plaintiff,

               - against –

VHS HARLINGEN HOSPITAL COMPANY, L.L.C., *et al.*,

                        Defendants.

25 **CIVIL** 1683 (VSB)(GS)

25 **CIVIL** 1692 (VSB)(GS)

25 **CIVIL** 1753 (VSB)(GS)

25 **CIVIL** 1754 (VSB)(GS)

---------------------------------------------------------------------X

DANIEL DE OLIVEIRA,

                Plaintiff,

      - against -

JAMS,

                Defendant.

---------------------------------------------------------------------X

25 **CIVIL** 1868 (VSB)(GS)

## JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 20, 2025, Defendants' motions to dismiss are GRANTED, and JAMS' motion for sanctions is GRANTED IN PART and DENIED IN PART. Plaintiff's claims in all five cases are DISMISSED with prejudice; accordingly, all five consolidated actions: No. 25-CV-1683; No. 25-CV-1692; No. 25-CV-1753; No. 25-CV-1754; and No. 25-CV-1868 are closed.

**Dated:** New York, New York
       November 25, 2025

                           **TAMMI M. HELLWIG**

                               **Clerk of Court**

**BY:**
                             K. mango

                              **Deputy Clerk**